STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GEORGE C. RILEY, DEFENDANT-APPELLANT.

Argued March 31, 1969—Decided April 21, 1969.

*Mr. Joseph N. Dempsey* argued the cause for appellant.

*Mr. Elliot L. Katz* argued the cause for respondent (*Mr. Vincent P. Keuper,* Monmouth County Prosecutor, attorney).

PER CURIAM. The defendant appeals from a judgment of the Appellate Division, affirming his convictions of crime. 105 *N. J. Super.* 293. We have examined all of the points he raises and find them to be without merit. The judgment is affirmed.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.